| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Cabanillas & Associates, P.C<br>Paola D. Vera, Esq.<br>120 Bloomingdale RD, Suite 400<br>White Plains, NY 10605 |
| In Re:<br>Angel Arriaga |

Case No.: 22-13819

Chapter: 13

Adv. No.: 

Hearing Date: 

Judge: Papalia/Vincent F.

## CERTIFICATION OF SERVICE

1. I, __Madelyn Soliman__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Paola D. Vera, Esq.__, who represents __Angel Arriaga__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __07/26/2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Amended Schedule A/B
   Summary of Assets and Liabilities
   Declaration about an Individuals Debtor's Schedules

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 07/26/2022

/s/Madelyn Soliman
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Aargon Agency Inc<br>Attn: Bankruptcy<br>8668 Spring Mountain Road<br>Las Vegas, NV 89117 | Creditor: Collection Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Account Resolution Services<br>Attn: Bankruptcy<br>Po Box 459079<br>Sunrise, FL 33345 | Creditor: Collection Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eos Cca<br>Attn: Bankruptcy<br>P.O. Box 329<br>Norwell, MA 02061 | Creditor: Collection Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Remex Inc<br>Attn: Bankruptcy<br>Po Box 765<br>Rocky Hill, NJ 08553 | Creditor: Collection Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Shellpoint Mortgage Servicing<br>Attn: Bankruptcy<br>Po Box 10826<br>Greenville, SC 29603 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Simon's Agency, Inc.<br>Attn: Bankruptcy<br>Po Box 5026<br>Syracuse, NY 13220 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sls/equity<br>Attn: Bankruptcy<br>8742 Lucent Blvd.<br>Highlands Ranch, CO 80129 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Employer Accounts<br>PO BOX 059<br>Trenton, NJ 08646 | Priority Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank, N.A.<br>Attn: Bankruptcy<br>32 Chestnut Street Po Box 1377<br>Lewiston, ME 04243 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wakefield & Associates<br>Attn: Bankruptcy<br>7005 Middlebrook Pike<br>Knoxville, TN 37909 | Collection Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Angel Arriaga<br>820 Plainfield Ave<br>Plainfield, NJ 07060 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie Ann Greenberg<br>302 Bridges Rd # 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |