UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
DLJ Mortgage Capital, Inc.

In Re:

Angel Arriaga ,

Debtor.

Case No.:      22-13819-VFP

Chapter:      13

Hearing Date:      8/4/2022

Judge:      Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled            ☐  Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 15)

_____

Date:  7/28/2022                    /s/ Denise Carlon
                                            Signature

*rev.8/1/15*