| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J.LBR 9004-1** <br><br> **STEWART LEGAL GROUP, P.L**. <br> *Formed in the State of Florida* <br> Gavin N. Stewart, Esq. <br> *Of Counsel to Bonial & Associates, P.C.* <br> 401 East Jackson Street, Suite 2340 <br> Tampa, FL 33602 <br> Tel: 813-371-1231/Fax: 813-371-1232 <br> E-mail: gavin@stewartlegalgroup.com <br> *Attorney for Specialized Loan Servicing LLC as servicer for MASTR Asset Backed Securities Trust 2005-AB1, Mortgage Pass-Through Certificates, Series 2005-AB1, U.S. Bank National Association, as Trustee* |
| In re: <br><br> Angel Arriaga <br><br> Debtor. |

Order Filed on November 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 22-13819-VFP

Hearing Date: November 3, 2022

Judge Vincent F. Papalia

### CONSENT ORDER RESOLVING
### OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 7, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Angel Arriaga
Case No.: 22-13819-VFP
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

THIS MATTER having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Specialized Loan Servicing LLC as servicer for MASTR Asset Backed Securities Trust 2005-AB1, Mortgage Pass-Through Certificates, Series 2005-AB1, U.S. Bank National Association, as Trustee ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is **ORDERED:**

1. The Debtor shall cure the pre-petition arrearage amount included on Creditor's Proof of Claim Number 2-1, namely $ 135,210.55, in full over the life of the Plan, as well as provide for the ongoing contractual payments to be paid directly to Creditor.

2. The Order Confirming Plan shall incorporate the above treatment.

3. This resolves the Objection to Confirmation.

**STIPULATED AND AGREED**:


*/s/ Paola D. Vera*                          */s/ Gavin N. Stewart*
Paola D. Vera, Esq.                          Gavin N. Stewart, Esq.
Cabanillas & Associates PC                   Stewart Legal Group, P.L.
120 Bloomingdale Rd.,Ste 400                 401 East Jackson Street, Suite 2340
White Plains, NY 10605                       Tampa, FL 33602
*Counsel to Debtor*                          *Counsel to Creditor*