| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicer for MASTR Asset Backed Securities Trust 2005-AB1, Mortgage Pass-Through Certificates, Series 2005-AB1, U.S. Bank National Association, as Trustee* | **Order Filed on November 7, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>Angel Arriaga<br><br>                                          Debtor. | Chapter: 13<br><br>Case No.: 22-13819-VFP<br><br>Hearing Date: November 3, 2022<br><br>Judge Vincent F. Papalia |

## CONSENT ORDER RESOLVING
## OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 7, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Angel Arriaga
Case No.: 22-13819-VFP
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

THIS MATTER having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Specialized Loan Servicing LLC as servicer for MASTR Asset Backed Securities Trust 2005-AB1, Mortgage Pass-Through Certificates, Series 2005-AB1, U.S. Bank National Association, as Trustee ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is **ORDERED:**

1. The Debtor shall cure the pre-petition arrearage amount included on Creditor's Proof of Claim Number 2-1, namely $ 135,210.55, in full over the life of the Plan, as well as provide for the ongoing contractual payments to be paid directly to Creditor.

2. The Order Confirming Plan shall incorporate the above treatment.

3. This resolves the Objection to Confirmation.

**STIPULATED AND AGREED**:


*/s/ Paola D. Vera*                                */s/ Gavin N. Stewart*
Paola D. Vera, Esq.                                Gavin N. Stewart, Esq.
Cabanillas & Associates PC                         Stewart Legal Group, P.L.
120 Bloomingdale Rd.,Ste 400                       401 East Jackson Street, Suite 2340
White Plains, NY 10605                             Tampa, FL 33602
*Counsel to Debtor*                                *Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13819-VFP |
| Angel Arriaga | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 07, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Angel Arriaga, 820 Plainfield Ave, Plainfield, NJ 07060-2252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paola D. Vera | on behalf of Debtor Angel Arriaga pvera@cabanillaslaw.com bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Nov 07, 2022 Form ID: pdf903 Total Noticed: 1
TOTAL: 6