CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY  10605

Re:  ANGEL ARRIAGA
     820 PLAINFIELD AVE
     PLAINFIELD,  NJ  07060

Atty:  CABANILLAS & ASSOCIATES, PC
       120 BLOOMINGDALE ROAD
       SUITE 400
       WHITE PLAINS, NY  10605

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-13819

## RECEIPTS AS OF 01/13/2023                                      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/24/2022 | $1,653.50 | 548932048 | 05/24/2022 | $5,000.00 | 548802281 |
| 06/01/2022 | $5,000.00 | 549064001 | 06/22/2022 | $1,523.45 | 549064552 |
| 07/19/2022 | $5,000.00 | 549768205 | 07/19/2022 | $5,000.00 | 549768205 |
| 07/19/2022 | ($5,000.00) | 549768205 | 08/23/2022 | $5,000.00 | 860212528 |
| 09/27/2022 | $5,000.00 | 860482642 | 10/27/2022 | $5,000.00 | 860214791 |
| 11/29/2022 | $5,000.00 | 860210820 | 12/23/2022 | $5,000.00 | 860211775 |

**Total Receipts: $43,176.95  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $43,176.95**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023                    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 11/14/2022 | $2,114.25 | 900,279 | 01/09/2023 | $626.01 | 903,356 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 11/14/2022 | $29,801.51 | 900,661 | 01/09/2023 | $8,823.99 | 903,708 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,811.19 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARGON AGENCY INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CREDIT ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | EOS CCA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | REMEX INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 135,210.55 | 100.00% | 38,625.50 | 96,585.05 |

**Chapter 13 Case # 22-13819**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0009 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | TD BANK, N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | STADIUM EMERGENCY ASSOCIATES | UNSECURED | 584.38 | 100.00% | 0.00 | 584.38 |
| 0014 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 2,568.00 | 100.00% | 0.00 | 2,568.00 |
| 0017 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 9,592.42 | 100.00% | 2,740.26 | 6,852.16 |
| 0018 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $43,176.95**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $43,176.95    -    Paid to Claims: $41,365.76    -    Admin Costs Paid: $1,811.19    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.