CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY  10605

Re:   ANGEL ARRIAGA
      820 PLAINFIELD AVE
      PLAINFIELD,  NJ  07060

Atty:  CABANILLAS & ASSOCIATES, PC
       120 BLOOMINGDALE ROAD
       SUITE 400
       WHITE PLAINS, NY  10605

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 22-13819

### RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/24/2022 | $1,653.50 | 548932048 | 05/24/2022 | $5,000.00 | 548802281 |
| 06/01/2022 | $5,000.00 | 549064001 | 06/22/2022 | $1,523.45 | 549064552 |
| 07/19/2022 | $5,000.00 | 549768205 | 07/19/2022 | $5,000.00 | 549768205 |
| 07/19/2022 | ($5,000.00) | 549768205 | 08/23/2022 | $5,000.00 | 860212528 |
| 09/27/2022 | $5,000.00 | 860482642 | 10/27/2022 | $5,000.00 | 860214791 |
| 11/29/2022 | $5,000.00 | 860210820 | 12/23/2022 | $5,000.00 | 860211775 |
| 01/24/2023 | $5,000.00 | 861605144 | 02/28/2023 | $5,000.00 | 861605921 |
| 03/28/2023 | $5,000.00 | 861607146 | 05/02/2023 | $5,000.00 | 861608474 |
| 05/31/2023 | $5,000.00 | 862191494 | 06/22/2023 | $5,000.00 | 861609587 |
| 08/02/2023 | $5,000.00 | 862865785 | 08/31/2023 | $5,000.00 | 862866551 |
| 09/28/2023 | $5,000.00 | 862867438 | 10/30/2023 | $5,000.00 | 862868452 |
| 11/28/2023 | $5,000.00 | 862869644 | | | |

**Total Receipts: $98,176.95  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $98,176.95**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 11/14/2022 | $2,114.25 | 900,279 | | 01/09/2023 | $626.01 | 903,356 |
| | 02/13/2023 | $313.01 | 904,859 | | 04/17/2023 | $626.01 | 908,040 |
| | 06/12/2023 | $309.69 | 911,164 | | 07/17/2023 | $619.39 | 912,685 |
| | 09/18/2023 | $619.39 | 915,695 | | 10/16/2023 | $309.69 | 917,217 |
| | 12/11/2023 | $304.73 | 920,079 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 11/14/2022 | $29,801.51 | 900,661 | | 01/09/2023 | $8,823.99 | 903,708 |
| | 02/13/2023 | $4,411.99 | 905,220 | | 04/17/2023 | $8,823.99 | 908,404 |
| | 06/12/2023 | $4,365.31 | 911,485 | | 07/17/2023 | $8,730.61 | 912,997 |
| | 09/18/2023 | $8,730.61 | 915,997 | | 10/16/2023 | $4,365.31 | 917,500 |
| | 12/11/2023 | $4,295.27 | 920,345 | | | | |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 22-13819**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,786.19 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARGON AGENCY INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CREDIT ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | EOS CCA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | REMEX INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARR | 135,210.55 | 100.00% | 86,643.87 | 48,566.68 |
| 0009 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | TD BANK, N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | STADIUM EMERGENCY ASSOCIATES | UNSECURED | 584.38 | 100.00% | 0.00 | 584.38 |
| 0014 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 2,568.00 | 100.00% | 0.00 | 2,568.00 |
| 0017 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARR | 9,592.42 | 100.00% | 6,146.89 | 3,445.53 |
| 0018 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $98,576.95**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $98,176.95    -    Paid to Claims: $92,790.76    -    Admin Costs Paid: $5,786.19    =    Funds on Hand: $4,600.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.