**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

ANGEL ARRIAGA

**Case No.:  22-13819**

**Adv. No.:**

**Hearing Date:  05/02/2024**

**Judge:  VFP**

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/09/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ANGEL ARRIAGA
820 PLAINFIELD AVE
PLAINFIELD, NJ  07060
Mode of Service:  Regular Mail

Attorney for Debtor(s):
CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY  10605
Mode of Service:  ECF and/or Regular Mail

Dated:  April 09, 2024

By:   /S/  Keith Guarneri
Keith Guarneri