Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 14, 2025

**Chapter 13 Case # 22-13819**

Re:  ANGEL ARRIAGA
820 PLAINFIELD AVE
PLAINFIELD, NJ  07060

Atty:  CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY  10605

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/24/2022 | $1,653.50 | 548932048 | 05/24/2022 | $5,000.00 | 548802281 |
| 06/01/2022 | $5,000.00 | 549064001 | 06/22/2022 | $1,523.45 | 549064552 |
| 07/19/2022 | $5,000.00 | 549768205 | 07/19/2022 | $5,000.00 | 549768205 |
| 07/19/2022 | ($5,000.00) | 549768205 | 08/23/2022 | $5,000.00 | 860212528 |
| 09/27/2022 | $5,000.00 | 860482642 | 10/27/2022 | $5,000.00 | 860214791 |
| 11/29/2022 | $5,000.00 | 860210820 | 12/23/2022 | $5,000.00 | 860211775 |
| 01/24/2023 | $5,000.00 | 861605144 | 02/28/2023 | $5,000.00 | 861605921 |
| 03/28/2023 | $5,000.00 | 861607146 | 05/02/2023 | $5,000.00 | 861608474 |
| 05/31/2023 | $5,000.00 | 862191494 | 06/22/2023 | $5,000.00 | 861609587 |
| 08/02/2023 | $5,000.00 | 862865785 | 08/31/2023 | $5,000.00 | 862866551 |
| 09/28/2023 | $5,000.00 | 862867438 | 10/30/2023 | $5,000.00 | 862868452 |
| 11/28/2023 | $5,000.00 | 862869644 | 01/03/2024 | $5,000.00 | 864465546 |
| 02/07/2024 | $5,000.00 | 864467280 | 04/10/2024 | $5,000.00 | 864464578 |
| 04/30/2024 | $5,000.00 | 865575224 | 05/03/2024 | $5,000.00 | 865575358 |
| 05/14/2024 | $5,000.00 | 865575696 | 06/11/2024 | $5,000.00 | 865576686 |
| 07/17/2024 | $5,000.00 | 6746202941 | 08/13/2024 | $5,000.00 | 6746202963 |
| 09/13/2024 | $5,000.00 | 6746105387 | 10/11/2024 | $5,000.00 | 6746105423 |
| 11/13/2024 | $5,000.00 | 6746203033 | | | |

**Total Receipts: $158,176.95  -  Amount Refunded to Debtor: $729.16  =  Receipts Applied to Plan: $157,447.79**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 9,492.44 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARGON AGENCY INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CREDIT ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-13819**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0004 | EOS CCA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | REMEX INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | NEWREZ LLC | MORTGAGE ARRE | 135,210.55 | 100.00% | 135,210.55 | 0.00 |
| 0009 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | TD BANK, N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | STADIUM EMERGENCY ASSOCIATES | UNSECURED | 584.38 | 100.00% | 584.38 | 0.00 |
| 0014 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 2,568.00 | 100.00% | 2,568.00 | 0.00 |
| 0017 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 9,592.42 | 100.00% | 9,592.42 | 0.00 |
| 0018 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $157,447.79**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY PC | | | | | | | |
| | 12/16/2024 | $2,568.00 | 937245 | | | | |
| NEWREZ LLC | | | | | | | |
| | 10/21/2024 | $4,435.34 | 934428 | | 11/18/2024 | $8,683.92 | 935920 |
| | 12/16/2024 | $805.09 | 937300 | | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 11/14/2022 | $2,114.25 | 900279 | | 01/09/2023 | $626.01 | 903356 |
| | 02/13/2023 | $313.01 | 904859 | | 04/17/2023 | $626.01 | 908040 |
| | 06/12/2023 | $309.69 | 911164 | | 07/17/2023 | $619.39 | 912685 |
| | 09/18/2023 | $619.39 | 915695 | | 10/16/2023 | $309.69 | 917217 |
| | 12/11/2023 | $304.73 | 920079 | | 01/08/2024 | $304.72 | 921488 |
| | 02/12/2024 | $304.73 | 922818 | | 03/11/2024 | $304.72 | 924287 |
| | 05/10/2024 | $304.73 | 927204 | | 06/17/2024 | $914.17 | 928566 |
| | 07/15/2024 | $304.73 | 930083 | | 08/19/2024 | $314.66 | 931475 |
| | 09/16/2024 | $314.66 | 932980 | | 10/21/2024 | $314.66 | 934331 |
| | 11/18/2024 | $311.35 | 935828 | | 12/16/2024 | $57.12 | 937213 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 11/14/2022 | $29,801.51 | 900661 | | 01/09/2023 | $8,823.99 | 903708 |
| | 02/13/2023 | $4,411.99 | 905220 | | 04/17/2023 | $8,823.99 | 908404 |
| | 06/12/2023 | $4,365.31 | 911485 | | 07/17/2023 | $8,730.61 | 912997 |
| | 09/18/2023 | $8,730.61 | 915997 | | 10/16/2023 | $4,365.31 | 917500 |
| | 12/11/2023 | $4,295.27 | 920345 | | 01/08/2024 | $4,295.28 | 921732 |
| | 02/12/2024 | $4,295.27 | 923069 | | 03/11/2024 | $4,295.28 | 924529 |
| | 05/10/2024 | $4,295.27 | 927438 | | 06/17/2024 | $12,885.83 | 928816 |
| | 06/17/2024 | ($12,885.83) | 928816 | | 06/17/2024 | $12,885.83 | 930044 |
| | 07/15/2024 | $4,295.27 | 930304 | | 08/19/2024 | $4,435.34 | 931696 |
| | 09/16/2024 | $4,435.34 | 933174 | | 11/04/2024 | ($4,295.27) | 930304 |
| STADIUM EMERGENCY ASSOCIATES | | | | | | | |
| | 12/16/2024 | $584.38 | 938192 | | | | |

**Chapter 13 Case # 22-13819**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2025.

Receipts: $157,447.79    -    Paid to Claims: $147,955.35    -    Admin Costs Paid: $9,492.44    =    Funds on Hand: $0.00

Unpaid Balance to Claims: $0.00    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **$0.00

**\*\*NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.